**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Keemen COPELAND, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 17, 2001.

Decided Oct. 26, 2001.

Christopher D. Warren, Philadelphia, for Keemen Copeland.

Catherine Marshall, Philadelphia, for Com. of Pa.

Before ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

**PER CURIAM.**

Appeal dismissed as having been improvidently granted.

Chief Justice FLAHERTY did not participate in the consideration or decision of this case.